Providence & Worcester Railroad Co.
vs.
N. Y., N. H. & H. R. R. Co., et al.

Eq. No. 8269.

March 20, 1929.

TANNER, P. J. This is a bill in equity seeking specific performance of an agreement between the parties to the case contained in a lease by the complainant to the N. Y., N. H. & H. R. R. Co.

The bill is somewhat voluminous and contains a number of different allegations and prayers for relief. The bill has been heard upon a demurrer raising numerous more or less difficult points.

We have studied the very able briefs presented by both sides in this case and feel that while some of the grounds of the demurrer may be meritorious we are not prepared to dismiss the bill. It would, therefore, be necessary to try the case upon its merits. We feel that the demurrer raises many technical questions which the court would be in a better position to determine on a hearing upon the merits rather than upon a demurrer.

This course will also avoid the very possible result of having the case sent back to this court for a further hearing thus entailing unnecessary expense and loss of time. We therefore shall overrule the demurrer to the bill without prejudice to the right of the respondents to raise any of the questions urged in the demurrer upon a hearing of the bill on its merits.

For complainant: Edwards & Angell.

For respondents: Swan, Keeney & Smith, E. J. Phillips, Tillinghast & Collins.

Mary Perry
vs.
Patrick Feeney, Ex'r.

No. 61053.

March 21, 1929.

BLODGETT, J. Heard upon motion of defendant for a new trial after verdict of a jury for plaintiff for $1,600.

Action against executor for services to deceased testator and to Mrs. Bushnell, deceased wife of testator.

The defence was that deceased was a man who always paid his bills when same were due, and that deceased, when sick in a hospital, declared he owed nobody anything and that from time to time money had been paid plaintiff.

This defence is familiar under the present statute relative to statements of a deceased person during his lifetime, but is negative testimony opposed to positive by plaintiff and her witnesses.

Motion denied.

For plaintiff: Curran, Hart, Gainer & Carr.

For defendant: Peter H. McKiernan.